IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT TCHENGUIZ,<br><br>Petitioner,<br><br>vs.<br><br>HEATHER BIRD,<br><br>Respondent. | CV 21–128–M–DWM<br><br><br><br>ORDER |

Respondent Heather Bird moves for the admission of Michael E. Manely and Dina R. Khismatulina to practice before this Court in this case. Consistent with this Court's previous order, (Doc. 42), given the complexity of this case and its expedited nature, the general requirement for appearance of local counsel pursuant to D. Mont. L.R. 83.1 is waived. The application appears to be in order.

Accordingly, IT IS ORDERED that Respondent's motion to admit Michael E. Manely and Dina R. Khismatulina *pro hac vice* (Doc. 49) is GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further

information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

IT IS FURTHER ORDERED that the Clerk is directed to no longer accept pro se filings from Ms. Bird herself.

DATED this __14th__ day of December, 2021.

                                             10:57 AM
                              Donald W. Molloy, District Judge
                              United States District Court