IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT TCHENGUIZ,<br><br>            Petitioner,<br><br>vs.<br><br>HEATHER BIRD,<br><br>           Defendant. | CV 21–128–M–DWM<br><br>ORDER |

      Stephen Komie, of the law firm of Komie and Associates, moves for *pro hac vice* admission on behalf of the V.A.B.T, the minor child at issue in this case. (Doc. 65.) Petitioner Robert Tchenguiz opposes the motion. (Doc. 66.) As Tchenguiz notes, Komie cites no authority in support of his motion to appear pro hac vice, nor does Komie make any arguments as to why V.A.B.T., who is not a party to these proceedings, requires representation.

      In Hague Convention cases, a district court may appoint counsel for children who are the subject of proceedings under the Convention. *See Kufner v. Kufner*, 519 F.3d 33, 37 (1st Cir. 2008). However, such appointments are generally made "with the consent of the parties" and the appointment is made by the district court not—as is apparently the case here—at the suggestion of only one of the parties. *See id.* Accordingly,

1

IT IS ORDERED that Komie's motion for pro hac vice admission, (Doc. 65), is DENIED.

DATED this 3rd day of January, 2022.

_____
Donald W. Molloy, District Judge
United States District Court