IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT TCHENGUIZ, | CV 21–128–M–DWM |
| Petitioner, | |
| vs. | ORDER |
| HEATHER BIRD, | |
| Respondent. | |

Petitioner Robert Tchenguiz filed a renewed motion for leave for witnesses to provide remote testimony. (Doc. 93.) This request comes after Tchenguiz's earlier representation that he had "narrowed his witnesses to those that can be physically present." (Doc. 85.) Tchenguiz's current motion seeks to permit Lisa Tchenguiz to provide remote testimony on the alleged "change in the child's attitude towards his father since he has been in Ms. Bird's exclusive care in the United States." (Doc. 93 at 1.) However, both the child and Tchenguiz himself may testify to this issue, and so the remote testimony of Lisa Tchenguiz is not necessary. Accordingly,

1

IT IS ORDERED that Tchenguiz's motion for leave to present remote witness testimony, (Doc. 93), is DENIED.

DATED this 6 day of January, 2022.

Donald W. Molloy, District Judge
United States District Court