IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT TCHENGUIZ, | CV 21–128–M–DWM |
| Petitioner, | |
| vs. | ORDER |
| HEATHER BIRD, | |
| Respondent. | |

In light of the consent order directing the return of the minor child,

V.A.B.T., to England,

IT IS ORDERED that, consistent with the parties' agreement, Respondent

Bird is to file, with the Court, the detailed travel itinerary that will be provided to

Petitioner Tchenguiz no later than January 17, 2022.

IT IS FURTHER ORDERED that, upon receipt of the travel itinerary from

Bird, the Clerk of Court shall release the passports of V.A.B.T. and Bird.

DATED this 10th day of January, 2022.

15:00 P.M.

Donald W. Molloy, District Judge
United States District Court

1