IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT TCHENGUIZ,<br><br>Petitioner,<br><br>vs.<br><br>HEATHER BIRD,<br><br>Respondent. | CV 21–128–M–DWM<br><br><br><br>ORDER |

Consistent with the consent order directing the return of V.A.B.T., the minor child, to England, (Doc. 109), Petitioner Robert Tchenguiz filed a motion to dismiss this Hague Convention petition, (Doc. 113). Tchenguiz states that V.A.B.T. has been returned to England. Accordingly,

IT IS ORDERED that Tchenguiz's motion to dismiss the petition, (Doc. 113), is GRANTED. The Clerk is directed to close the case.

DATED this 27th day of January, 2022.

Donald W. Molloy, District Judge
United States District Court

1