IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT TCHENGUIZ, <br><br> Petitioner, <br><br> vs. <br><br> HEATHER BIRD, <br><br> Respondent. | CV 21–128–M–DWM <br><br><br> ORDER |

IT IS ORDERED that Petitioner Tchenguiz, Respondent Bird, and their respective counsel shall have access to the sealed transcript of the January 10, 2022 final evidentiary hearing.

DATED this 25th day of March, 2022.

Donald W. Molloy, District Judge
United States District Court